IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SCOTTSDALE SURPLUS LINES**
**INSURANCE COMPANY,**

    **Plaintiff,**

                                                      Civil Action 2:23-cv-2465
                                                    Judge James L. Graham
    v.                                            Magistrate Judge Elizabeth P. Deavers

**COUNTRYTYME LAND, LLC,** *et al.***,**

    **Defendants.**

## ORDER

The parties previously reported to the Court that this case has settled.  (*See* ECF No. 31.) On June 20, 2024, the parties filed a letter which stated "[w]e anticipate that [the settlement] will be completed in the near future, after which this action will be formally discontinued."  (ECF No. 32.)  The parties have not filed anything since that time.  Accordingly, the parties are **ORDERED** to file a written **JOINT STATUS REPORT** detailing the status, but not the substance, of settlement negotiations on or before **AUGUST 5, 2024**, unless an appropriate dismissal entry is filed before that date.

    **IT IS SO ORDERED.**

**Date: July 22, 2024**                              /s/ *Elizabeth A. Preston Deavers*
                                                        **ELIZABETH A. PRESTON DEAVERS**
                                                        **UNITED STATES MAGISTRATE JUDGE**