UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTTSDALE SURPLUS LINES INSURANCE COMPANY, | ) ) ) Case No. 2:23-cv-2465- JLG-EPD |
| Plaintiff, | ) ) JUDGE JAMES L. GRAHAM |
| vs. | ) ) ) MAGISTRATE JUDGE ) ELIZEBETH P. DEAVERS |
| COUNTRYTYME LAND, LLC, MARK M. GRAHAM, and RICK HUGHES, | ) ) ) |
| Defendants. | ) ) ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Scottsdale Surplus Lines Insurance Company, by and through its undersigned counsel, and Defendants Countrytyme Land, LLC, Mark M. Graham, and Rick Hughes, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count, claim and counterclaim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this 25th day of July, 2024,

| | |
|---|---|
| CHARLES H. BENDIG, ESQ. | GOLDBERG SEGALLA LLP |
| /s/ Charles H. Bendig | /s/ Michael A. Hamilton |
| Charles H. Bendig | Michael A. Hamilton |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| 4937 West Broad Street | 1700 Market Street, Suite 1418 |
| Columbus, Ohio 43228 | Philadelphia, Pennsylvania 19103 |
| (614) 878-7777 | (267) 519-683 |

## **PROPOSED ORDER**

Based on the parties' Stipulation, IT IS SO ORDERED.  The Clerk of the Court is directed to dismiss this matter with prejudice.  All other existing dates and deadlines in this matter are hereby vacated.

DATED_____                    _____

                                                                        JUDGE JAMES L. GRAHAM

**CERTIFICATE OF SERVICE**

I, Michael A. Hamilton, Esquire certify that on this 25th day of July, 2024 a copy of the within Joint Stipulation of Dismissal has been served upon all counsel of record in accordance with this Court's electronic filing system.

                              GOLDBERG SEGALLA LLP

                              /s/ Michael A. Hamilton
                              Michael A. Hamilton (#71266)
                              *Attorneys for Plaintiff*
                              1700 Market Street, Suite 1418
                              Philadelphia, Pennsylvania 19103
                              (267) 519-683